**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BERUMEN,<br><br>  Plaintiff,<br><br>  v.<br><br>T. JONES, et al.,<br><br>  Defendants. | No. 2:23-cv-0898-TLN-DMC<br><br>**ORDER** |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On January 10, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

   The Court reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 10, 2024 (ECF No. 17) are ADOPTED IN FULL.
2. This action shall proceed on Plaintiff's complaint (ECF No. 1) as to Plaintiff's Eighth Amendment safety claims against Defendants Jones, Carrasco, Mayfield, and D'Angelo;
3. Plaintiff's deliberate indifference claim against Defendant Jones is DISMISSED for failure to state a claim;
4. Plaintiff's claims against Defendants Brown, Cameron, Arana, Valine, Stratton, Gocheva, and Lynch are DISMISSED for failure to state a claim.
5. The Clerk of the Court is directed to DISMISS Defendants Brown, Cameron, Arana, Valine, Stratton, Gocheva, and Lynch from this action; and
6. The matter is referred back to the magistrate judge for further proceedings.

Date:  February 26, 2024

Troy L. Nunley
United States District Judge