IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL BERUMEN,** | Case No. 2:23-cv-0898-TLN-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **T. JONES, et al.,** | |
| Defendants. | |

Defendants D'Angelo, Mayfield, Carrasco, and Jones have moved for an order extending the deadline to file a dispositive motion by sixty days, or until October 21, 2025. See ECF No. 29. Good cause appearing, Defendants' motion is GRANTED.

IT IS SO ORDERED.

Dated: August 6, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE